Submitted January 30; portion of judgment requiring defendant to pay $100 bench probation fee vacated, remanded for resentencing, otherwise affirmed February 20, 2020

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JOEL ADAM LEA,
*Defendant-Appellant.*

Josephine County Circuit Court
140792M; A168451

457 P3d 1120

Lindi L. Baker, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Sarah De La Cruz, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Lauren P. Robertson, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Tookey, Judge, and Aoyagi, Judge.

PER CURIAM

Portion of judgment requiring defendant to pay $100 bench probation fee vacated; remanded for resentencing; otherwise affirmed.

**PER CURIAM**

Defendant appeals a conviction for driving while suspended, ORS 811.182. He argues that the trial court erred in imposing a $100 bench probation fee that was not announced in open court. In *State v. Baccaro*, 300 Or App 131, 452 P3d 1022 (2019), we resolved an identical claim of error in a manner favorable to defendant's position. For the reasons stated there, we vacate the portion of the judgment imposing the bench probation fee.

Portion of judgment requiring defendant to pay $100 bench probation fee vacated; remanded for resentencing; otherwise affirmed.